No. 84–5470. LEDEZMA-HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 84–5474. FORSHEE v. UNITED STATES; and
No. 84–5514. RAINEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 740 F. 2d 969.

No. 84–5477. HARRIATT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 84–5485. FRAZIER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.